UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

R<small>YAN</small> P<small>ALMER</small>,

        Plaintiff,

v.

M<small>ICHAEL</small> K<small>UHN AND</small> B<small>EVERLY</small> S<small>AINZ</small>,

        Defendants.
_____/

Case No. 09-12316

SENIOR U.S. DISTRICT JUDGE
ARTHUR J. TARNOW

MAGISTRATE JUDGE DAVID R. GRAND

**ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [34] AND GRANTING DEFENDANT SAINZ'S MOTION TO DISMISS [20] AND GRANTING DEFENDANT KUHN'S MOTION TO DISMISS AND FOR SUMMARY JUDGMENT [27] AND FINDING MOOT DEFENDANT SAINZ'S MOTION TO COMPEL [32]**

On January 12, 2012, Magistrate Judge Grand issued a Report and Recommendation [34] that Defendant Sainz's Motion to Dismiss [20] be GRANTED and Defendant Kuhn's Motion to Dismiss and/or for Summary Judgment [27] be GRANTED.

No objection to the Report and Recommendation was filed. The Court has reviewed the record in this case.

The Report and Recommendation of the Magistrate Judge is hereby **ADOPTED** and is entered as the findings and conclusions of the Court.

Accordingly,

**IT IS ORDERED** that Defendant Sainz's Motion to Dismiss is **GRANTED**. Defendant Kuhn's Motion to Dismiss and/or for Summary Judgment is **GRANTED**. Defendant Sainz's Motion to Compel is **MOOT**.

**SO ORDERED**.

                              s/Arthur J. Tarnow
                              ARTHUR J. TARNOW
                              SENIOR U.S. DISTRICT JUDGE

Dated: March 20, 2012