UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

R<small>YAN</small> P<small>ALMER</small>,                                        Case No. 09-12316

        Plaintiff,                                  SENIOR U.S. DISTRICT JUDGE
v.                                                                ARTHUR J. TARNOW

M<small>ICHAEL</small> K<small>UHN AND</small> B<small>EVERLY</small> S<small>AINZ</small>,          MAGISTRATE JUDGE DAVID R. GRAND

        Defendants.
_____/

**ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [34] AND GRANTING DEFENDANT SAINZ'S MOTION TO DISMISS [20] AND GRANTING DEFENDANT KUHN'S MOTION TO DISMISS AND FOR SUMMARY JUDGMENT [27] AND FINDING MOOT DEFENDANT SAINZ'S MOTION TO COMPEL [32]**

      On January 12, 2012, Magistrate Judge Grand issued a Report and Recommendation [34] that Defendant Sainz's Motion to Dismiss [20] be GRANTED and Defendant Kuhn's Motion to Dismiss and/or for Summary Judgment [27] be GRANTED.

      No objection to the Report and Recommendation was filed.  The Court has reviewed the record in this case.

      The Report and Recommendation of the Magistrate Judge is hereby **ADOPTED** and is entered as the findings and conclusions of the Court.

      Accordingly,

      **IT IS ORDERED** that Defendant Sainz's Motion to Dismiss is **GRANTED**.  Defendant Kuhn's Motion to Dismiss and/or for Summary Judgment is **GRANTED**.  Defendant Sainz's Motion to Compel is **MOOT**.

      **SO ORDERED**.

                                          s/Arthur J. Tarnow
                                          ARTHUR J. TARNOW
                                          SENIOR U.S. DISTRICT JUDGE

Dated: March 20, 2012